UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. BOUTWELL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CA 07 459S |

**COMPLAINT**

The United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island, pursuant to 26 U.S.C. § 7401, with the authorization of the Secretary of the Treasury of the United States and at the direction of the Attorney General of the United States, brings this civil action to reduce to judgment against the defendant William E. Boutwell outstanding unpaid liabilities for penalties assessed pursuant to Section 6672 of the Internal Revenue Code, 26 U.S.C. § 6672, plus statutory accruals, and complains and alleges as follows:

1. Jurisdiction over this action is conferred upon the district court in 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. § 7402(a).

2. The defendant William E. Boutwell resides within the jurisdiction of this Court.

3. On June 2, 1997, a delegate of the Secretary of the Treasury of the United States properly made an assessment under Section 6672 of the Internal Revenue Code, 26 U.S.C. § 6672, in the amount of $24,345.54, in regard to the taxable periods ended December 31, 1995, March 31, 1996, and June 30, 1996, against the defendant William E. Boutwell, as a person who (1) was responsible for collecting, truthfully accounting for, and paying over to the

Internal Revenue Service the withheld income taxes and Federal Insurance Contributions Act ("F.I.C.A.") contributions due regarding the wages of the employees of Cliff Boutwell's Aberjona Auto Parts, Inc., and (2) willfully failed to collect, truthfully account for, and pay over those withheld amounts.

4. On June 2, 1997, a delegate of the Secretary of the Treasury of the United States gave notice of the assessment described in paragraph 3, above, to the defendant William E. Boutwell, and made a demand for payment of the assessed liability upon the defendant William E. Boutwell. Despite notice and demand, the defendant William E. Boutwell has refused to pay fully the entire amount of the assessments plus accruals thereon and, as a result, there remains due and owing with respect thereto $50,436.27, plus statutory interest and additions accruing thereto from September 30, 2007.

5. On April 27, 1998, a delegate of the Secretary of the Treasury of the United States properly made an assessment under Section 6672 of the Internal Revenue Code, 26 U.S.C. § 6672, in the amount of $2,428.19, in regard to the taxable periods ended March 31, 1997, and June 30, 1997, against the defendant William E. Boutwell, as a person who (1) was responsible for collecting, truthfully accounting for, and paying over to the Internal Revenue Service the withheld income taxes and Federal Insurance Contributions Act ("F.I.C.A.") contributions due regarding the wages of the employees of Cliff Boutwell's Aberjona Auto Parts, Inc., and (2) willfully failed to collect, truthfully account for, and pay over those withheld amounts.

6. On April 27, 1998, a delegate of the Secretary of the Treasury of the United States gave notice of the assessment described in paragraph 5, above, to the defendant William E.

Boutwell, and made a demand for payment of the assessed liability upon the defendant William E. Boutwell. Despite notice and demand, the defendant William E. Boutwell has refused to pay fully the entire amount of the assessments plus accruals thereon and, as a result, there remains due and owing with respect thereto $4,716.04, plus statutory interest and additions accruing thereto from September 30, 2007.

7. On December 14, 2006, the defendant William E. Boutwell requested a hearing under Section 6320 of the Internal Revenue Code, 26 U.S.C. § 6320, by filing an IRS Form 12153, Request for a Collection Due Process or Equivalent Hearing, regarding the filing of a Notice of Federal Lien with respect to the assessment identified in paragraph 3, above.

8. On June 26, 2007, the Internal Revenue Service received from the defendant William E. Boutwell a Withdrawal of Request for Collection Due Process Hearing, withdrawing the request identified in paragraph 7, above.

9. Under Sections 6320(c) and 6330(e)(1) of the Internal Revenue Code, 26 U.S.C. §§ 6330(c) and 6330(e)(1), the running of the 10 year statute of limitations, 26 U.S.C. § 6502, on collection of the liability of the defendant William E. Boutwell for the assessment identified in paragraph 3, above, was suspended during the pendency of the hearing referred to in paragraphs 7 and 8, above. Specifically, the period of limitations, which would otherwise have expired on June 2, 2007, was suspended between December 14, 2006, and June 26, 2007, or for 183 days, or at least until December 13, 2007.

WHEREFORE, the plaintiff United States of America demands the following relief:

(1) Judgment in favor of the plaintiff United States and against the defendant William E. Boutwell in the amount of $55,152.31, plus statutory interest from September 30, 2007;

(2) Its costs in the action; and

(3) Such other and further relief as the Court determines is just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

James Brown

JAMES E. BROWN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307 6053
Facsimile: (202) 514 5238
James.E.Brown2@usdoj.gov