UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cv-00459-S-DLM |
| | ) | Honorable William E. Smith |
| v. | ) | Referred to: Honorable David L. Martin |
| | ) | |
| WILLIAM E. BOUTWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' EX PARTE MOTION FOR ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the plaintiff the United States moves for an additional period of 60 days within which to serve the defendant William E. Boutwell with a summons and a copy of the complaint in the above-captioned proceeding. The original deadline for service of process under Rule 4(m) is today, April 11, 2008. The United States notes that service may already have been completed by leaving a summons and a copy of the complaint with the defendant's 35-year old son, at what may be the defendant's home in Weare, New Hampshire. To avoid any ambiguity regarding proper service, however, the United States moves to extend the deadline under Rule 4(m) for an additional 60 days, so that the United States may continue to attempt personal service on the defendant. The United States asserts that there is good cause for the delay in service, and that even if the Court finds that there is not good

cause, an order allowing additional time to effect service would nonetheless be a proper exercise of the Court's discretion. A memorandum of law in support of this motion, and a proposed order granting the relief requested herein, are being filed contemporaneously herewith.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

*/s/ James E. Brown*
JAMES E. BROWN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307 6053
Facsimile: (202) 514 5238
James.E.Brown2@usdoj.gov