**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | D. N.H. No. 1:07-cv-00401-PB |
| DEFENDANT | TYPE OF PROCESS |
| William E. Boutwell | Personal Service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William E. Boutwell
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
148 Bernon Street, Unit #17, Woonsocket, Rhode Island 02895

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James E. Brown, Trial Attorney<br>U.S. Department of Justice, Tax Division<br>P.O. Box 55, Ben Franklin Station, Washington, D.C. 20008<br>Fax: (202) 514 5238 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

SERVICE MUST BE COMPLETED BY FRIDAY, APRIL 11, 2008. We believe that Mr. Boutwell resides at the address above. Mr. Boutwell's wife, from whom we believe he is separated, should be reachable at 603-529-3588. We do not have a phone number for Mr. Boutwell. Please fax a copy of completed USM-285, when service has been completed, to Attorney James E. Brown, at (202) 514-5238.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *James Brown* [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | (202) 307 6053 | 4/1/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 16 | No. 49 | [signature] | 4-1-08 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)*<br>244 Maplewold Rd., Weare, N.H. 03281 | Date<br>4/5/08 | Time<br>10:10 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>*Paul Schneider* [signature] | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $180.00 | $70.70 | — | — | — | $0.00 |

REMARKS:
END #1 4/3/08 17:00 HRS 35 MILES RT 1 HR
END #2 4/4/08 10:30 AM " MILES RT 1 HR
END #3 4/4/08 17:00 HRS " " " "
SERVED 4/5/08 10:10 HRS
35 x 4 = 140 miles x .505 = $70.70 mileage
1 hr x 4 = 4 hrs @ 45 = 180.00

RECEIVED
U.S. MARSHAL CONCORD, NH
2008 APR -3 A 11:00

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of New Hampshire

United States of America

V.

William E. Boutwell

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07-CV-401-PB

RECEIVED
2008 APR -1 P 3:39

TO: (Name and address of Defendant)

William E. Boutwell
224 Maplewold Road
Weare, New Hampshire 03281-5403

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Brown
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**with ECF Notice attached**

JAMES R. STARR, Clerk

By: /s/ Janice Boucher, Deputy Clerk

December 14, 2007
DATE

APR 07 2008 10:35 FR US MARSHALS CONCORD 603225 1633 P.04/04



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE APRIL 5, 2008 |
| NAME OF SERVER *(PRINT)* PAUL SCHMIEDER | TITLE DEPUTY UNITED STATES MARSHAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 244 Maplewold Rd., Weare, N.H. 03281

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/5/08 Paul Schmieder
Date — *Signature of Server*

55 Pleasant St., Suite 207, Concord, N.H 03301
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

** TOTAL PAGE.04 **