UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. BOUTWELL,<br><br>Defendant. | ) | Case No. 1:07-cv-00459-S-DLM<br>Honorable William E. Smith<br>Referred to: Honorable David L. Martin |

**AFFIDAVIT OF CHARLES J. WYANT**

I, Charles J. Wyant, state as follows:

1. I am a Supervisory Deputy United States Marshal for the District of Rhode Island.

2. On or about April 3, 2008, my office received a request for personal service of the summons and complaint in the above-captioned proceeding.

3. On the mornings of Friday, April 4, 2008, and Monday, April 7, 2008, I attempted to find the defendant William Boutwell at 148 Bernon Street, Unit 17, Woonsocket, Rhode Island. Mr. Boutwell's name appeared under Unit 17 on the building directory outside 148 Bernon Street. When I rang the buzzer for Unit 17 several times, on both of my visits, there was no answer. In addition, I was unable to gain access to the condominium complex at those times.

4. On the evening of Thursday, April 10, 2008, I again attempted to serve Mr. Boutwell at 148 Bernon Street, Unit 17. I noticed a GMC Yukon with New Hampshire license plate # 2229825 parked outside the condominium, and I believed this might be Mr. Boutwell's vehicle because I knew he may reside in New Hampshire. I gained entry to the condominium complex by contacting other residents, but when I knocked repeatedly on the door of Unit 17, there was no reply.

5. I subsequently ran the license plate number on the GMC Yukon, and discovered that it is registered to the defendant William Boutwell.

6. I returned once more on the morning of Friday, April 11, 2008, but the GMC Yukon was gone, and I could not gain entry into the condominium complex.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April, 2008, at Providence, Rhode Island.

CHARLES J. WYANT