UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. WILLIAM E. BOUTWELL, Defendant. | ) | Case No. 1:07-cv-00459-S-DLM Honorable William E. Smith Referred to: Honorable David L. Martin |

**AFFIDAVIT OF PAUL SCHMIEDER**

I, Paul Schmieder, state as follows:

1. I am a Deputy United States Marshal for the District of New Hampshire.

2. On Thursday, April 3, 2008, my office received a request for personal service of the summons and complaint in *United States v. Boutwell*, Case no. 1:07-cv-00401-PB (D. N.H.).

3. An address of 244 Maplewold Road, Weare, New Hampshire, is listed on United States Post Office Form 4232 (Customer Card) for William Boutwell, at the U.S. Post Office in Weare, New Hampshire.

4. The 2008 Weare, New Hampshire telephone directory lists William and Carol Boutwell, 244 Maplewold Road, Weare, N.H. ((603) 529-3588).

5. New Hampshire Department of Motor Vehicles records indicate that Mr. Boutwell registered a 2001 GMC Yukon to himself at 244 Maplewold Road, Weare, N.H., on November 27, 2007.

6. On the morning of Friday, April 4, 2008, I attempted to find Mr. Boutwell at 244 Maplewold Road, Weare, New Hampshire. I found a vehicle registered to Carol A. Boutwell in the driveway, a dog in the house, and lights on in the house. However, nobody came to the door

when I rang the bell. On the evening of April 4, 2008, I returned to the above address in an attempt to serve Mr. Boutwell. I found no vehicles present, and the lights off in the house.

7. On the morning of Saturday, April 5, 2008, I found Mr. Boutwell's 2001 GMC Yukon parked in the driveway at 244 Maplewold Road, and I found Mr. Boutwell doing work in the yard. After identifying myself, I personally served Mr. Boutwell with the summons and complaint in *United States v. Boutwell*, Case no. 1:07-cv-00401-PB (D. N.H.).

8. On the morning of Wednesday, April 9, 2008, I received a voicemail and a letter from Attorney James Brown, of the Tax Division of the U.S. Department of Justice, requesting that I attempt personal service of the summons and complaint in this case, filed in Rhode Island, upon Mr. Boutwell.

9. When I returned to 244 Maplewold Road, however, on April 9, 2008, and on the morning of Thursday, April 10, 2008, the home appeared to be empty. A vehicle registered to the defendant's son, Michael Boutwell, was parked in the driveway, but no dog was present, and no lights were on.

10. On the afternoon of April 10, 2008, I made one more attempt to find Mr. Boutwell at 244 Maplewold Road. I was met at the door by Michael Boutwell, the defendant's 35 year old son, who stated that he wanted to talk to his father before accepting service. Michael called his father on a cell phone, and described the papers to him. After the call, Michael said that his father had asked him not to accept service. I then asked if I could speak with the defendant myself, and I talked to the defendant using Michael's cell phone. Mr. Boutwell stated that he was in Massachusetts. He stated that he had spoken with an attorney, and that he was asserting residence in Rhode Island. He also stated that I could leave the papers with Michael, but that I

should note on the return of service that Mr. Boutwell's legal residence is in Rhode Island. I left the summons and complaint with Michael Boutwell.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April, 2008, at Concord, New Hampshire.

Paul Schmieder
PAUL SCHMIEDER