UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cv-00459-S-DLM |
| | ) | Honorable William E. Smith |
| v. | ) | Referred to: Honorable David L. Martin |
| | ) | |
| WILLIAM E. BOUTWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNITED STATES' EX PARTE MOTION FOR ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT**

This matter is before the Court on the United States' Ex Parte Motion for Additional Time to Serve Summons and Complaint, filed in the above-captioned proceeding on April 11, 2008. Upon due consideration of the motion, it is HEREBY ORDERED THAT the time limit under Fed. R. Civ. P. 4(m) for service of the summons and complaint upon the defendant William E. Boutwell is extended for 60 days, or until Tuesday, June 10, 2008.

IT IS SO ORDERED.

Dated: ____________

_________________________________
HONORABLE WILLIAM E. SMITH
United States District Judge