UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Case No. 1:07-cv-00459-S-DLM |
| v. | ) | Honorable William E. Smith |
| WILLIAM E. BOUTWELL, Defendant. | ) | Referred to: Honorable David L. Martin |

**ACKNOWLEDGMENT OF SERVICE**

I, Barry Richmond, on behalf of the defendant William E. Boutwell, hereby acknowledge receipt of service of the summons and complaint in the above-captioned proceeding. I affirm that I am authorized to accept service on behalf of Mr. Boutwell, and I further affirm that my acceptance of service on his behalf is valid and binding upon Mr. Boutwell for purposes of Rule 4 of the Federal Rules of Civil Procedure, as though he had been personally served on this date

Date: 6/10/08

Barry Richmond, Esquire
Law Offices of Barry Richmond