GOVERNMENT EXHIBIT 1

**U.S. Department of Justice**

**Tax Division**

*Please reply to: Civil Trial Section, Northern Region*
*P.O. Box 55*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-5238*
*Trial Attorney: James E. Brown*
*Attorney's Direct Line: (202) 307 6053*

NJH:DPM:JEBrown
5-47-1392
CMN 2008100595

June 24, 2008

**Via Facsimile to (781) 935-2144,**
**and Federal Express**

Barry Richmond, Esquire
Jeffrey Dennis, Esquire
Law Offices of Barry Richmond
210 Washington Street
Woburn, Massachusetts 01801

Re: *United States v. Boutwell*, Case no. 1:07-cv-00401-PB (U.S.D.C., D. N.H.);
*United States v. Boutwell*, Case no. 1:07-cv-00459-S-DLM (U.S.D.C., D. R.I.);
FINAL WARNING OF DEFAULT JUDGMENTS

Dear Messrs. Richmond and Dennis,

This is to advise you that if you do not serve answers to the above-referenced suits filed by the United States on or before Monday, June 30, 2008, I intend promptly to pursue default judgments against Mr. Boutwell for the relief demanded in the United States' complaints, *ex parte* and without further notice or warning.

As you know, an answer to the complaint filed in New Hampshire was originally due by April 28, 2008. I agreed with Mr. Dennis to extend this by 30 days, or until May 28, 2008. No answer was served by this extended deadline, and after a follow-up call to your office, Mr. Richmond agreed to serve an answer by Friday, June 13, 2008. Again, no answer was served by this extended deadline, despite my oral warning of a request for entry of default.

On June 10, 2008, Mr. Richmond accepted service of the United States' complaint filed in Rhode Island on behalf of Mr. Boutwell. Accordingly, an answer must be served on or before June 30, 2008.

**FILE COPY**

Finally, I note that if you do answer the New Hampshire complaint, it will be necessary for you to file a motion to extend the original answer deadline until June 30, 2008. I consent to this extension, but I will not consent to any further extensions.

Sincerely,

JAMES E. BROWN
Trial Attorney
Civil Trial Section, Northern Region

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2597 |
| CONNECTION TEL | 917819352144 |
| CONNECTION ID | |
| ST. TIME | 06/24 09:50 |
| USAGE T | 00'37 |
| PGS. SENT | 3 |
| RESULT | OK |

# United States Department of Justice

Tax Division
*Civil Trial Section, Northern Region*
*P.O. Box 55 - Ben Franklin Station*
*Washington, D.C. 20044*
*Fax: (202) 514-5238/9649*

| | |
|---|---|
| **TO:** | Barry Richmond, Esquire<br>Jeffrey Dennis, Esquire<br>Law Offices of Barry Richmond |
| **FAX NUMBER:** | (781) 935-2144 |
| **SUBJECT:** | Re: US v. Boutwell |
| **DATE SENT:** | June 24, 2008 |
| **PAGES: (Including this cover sheet)** | 3 |
| **FAX FROM:** | James E. Brown<br>(202) 307-6053 |

COMMENTS:

# United States Department of Justice

Tax Division
*Civil Trial Section, Northern Region*
*P.O. Box 55 - Ben Franklin Station*
*Washington, D.C. 20044*
*Fax: (202) 514-5238/9649*

| | |
|---|---|
| **TO:** | Barry Richmond, Esquire<br>Jeffrey Dennis, Esquire<br>Law Offices of Barry Richmond |
| **FAX NUMBER:** | (781) 935-2144 |
| **SUBJECT:** | Re: US v. Boutwell |
| **DATE SENT:** | June 24, 2008 |
| **PAGES: (Including this cover sheet)** | 3 |
| **FAX FROM:** | James E. Brown<br>(202) 307-6053 |

COMMENTS:

**WARNING**: The information contained in this facsimile is confidential and may be subject to disclosure limitations under Rule 6(e) of the Federal Rules of Criminal Procedure and Section 6103 of the Internal Revenue Code. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender identified above by telephone.

From: Origin ID: TSGA (202)307-6053
James Brown
DEPARTMENT OF JUSTICE
555 4TH STREET N.W

WASHINGTON, DC 20001

FedEx Express

E

Ship Date: 24JUN08
ActWgt: 1 LB
System#: 5588593/INET8061
Account#: S *********

Delivery Address Bar Code

SHIP TO: (111)111-1111 BILL SENDER
**Barry Richmond, Esquire**
**Law Offices of Barry Richmond**
**210 WASHINGTON ST**
**JEFFREY DENNIS, ESQUIRE**
**WOBURN, MA 018013369**

Ref #
Invoice #
PO #
Dept #

**WED - 25JUN A2**

TRK# 0201 7920 7569 8909

**STANDARD OVERNIGHT**
**RES**

01801
**MA-US**
**BOS**

# ZI CEFA

**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx