UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cv-00459-S-DLM |
| | ) | Honorable William E. Smith |
| v. | ) | Referral Judge: Honorable David L. Martin |
| | ) | |
| WILLIAM E. BOUTWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the United States requests that a Clerk's Entry of Default be entered against the defendant William E. Boutwell, for failure to plead or otherwise defend.

**DECLARATION**

In support of the United States' Request for Clerk's Entry of Default, I state, pursuant to 28 U.S.C. § 1746, that:

1. Counsel for the defendant William E. Boutwell accepted service of the summons and complaint in this action, on behalf of the defendant William E. Boutwell, on June 10, 2008. This made to appear by the Acknowledgment of Service filed on June 10, 2008 (Docket # 4).

2. The defendant William E. Boutwell has failed to plead or otherwise defend in accordance with Rule 12 of the Federal Rules of Civil Procedure. Mr. Boutwell failed to appear despite my warning of default judgment to the defendant's counsel. *See* Exhibit 1 (Final Warning of Default Judgments).

3. Upon information and belief, the defendant William E. Boutwell is not an

DEFAULT HEREBY ENTERED
Barry Smith
DEPUTY CLERK

infant, an incompetent person or a member of the military service.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2008.

JAMES E. BROWN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307 6053
Facsimile: (202) 514 5238
James.E.Brown2@usdoj.gov

Case 1:07-cv-00459-S-DLM Document 5 Filed 07/30/2008 Page 3 of 3

CERTIFICATE OF MAILING

I certify that on this 30th day of July, 2008, copies of the foregoing REQUEST FOR ENTRY OF DEFAULT have been deposited in the United States mail, first class postage prepaid, addressed to the following:

Barry Richmond, Esquire
Law Offices of Barry Richmond
210 Washington Street
Woburn, Massachusetts 01801

William E. Boutwell
148 Bernon Street, Unit # 17
Woonsocket, Rhode Island 02895

William E. Boutwell
244 Maplewold Rd.
Weare, New Hampshire 03281

JAMES E. BROWN
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
E-mail: James.E.Brown2@usdoj.gov