UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cv-00459-S-DLM |
| | ) | Honorable William E. Smith |
| v. | ) | Referral Judge: Honorable David L. Martin |
| | ) | |
| WILLIAM E. BOUTWELL, | ) | |
| | ) | |
| Defendant. | ) | |

# UNITED STATES' MOTION FOR DEFAULT JUDGMENT

Now comes the United States, pursuant to Federal Rule of Civil Procedure 55(b)(1), to apply for the entry of default judgment against defendant William E. Boutwell , in the amount of $58,726.02, with interest to accrue thereon from and after August 26 2008, until such amount shall have been fully paid. The Clerk of the Court previously granted the United States' request for the entry of default against defendant William E. Boutwell on August 1, 2008. *See* Doc. Ent. Nos. 5, 6. In support of this request, the United States relies upon the declaration of Rai Shepardson of the Internal Revenue Service Technical Services, attached and incorporated with this request.

As the United States' claim against defendant William E. Boutwell "is for a sum certain or for a sum that can be made certain by computation," this request for the entry of default judgment is made upon the Clerk of the Court pursuant to Federal Rule of Civil Procedure 55(b)(1).

A proposed form of judgment accompanies this motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ James E. Brown

JAMES E. BROWN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6053
Facsimile: (202) 514-5238
James.E.Brown2@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 26th day of August 2008, the foregoing MOTION FOR DEFAULT JUDGMENT was filed with the Clerk of the Court using the Clerk's CM/ECF electronic filing system, and I further certify that copies of the same have been deposited in the United States mail, first class postage prepaid, addressed to the following:

Barry Richmond, Esquire
Law Offices of Barry Richmond
210 Washington Street
Woburn, Massachusetts 01801

William E. Boutwell
148 Bernon Street, Unit # 17
Woonsocket, Rhode Island 02895

William E. Boutwell
244 Maplewold Rd.
Weare, New Hampshire 03281

/s/ Gerald C. Miller

GERALD C. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6490
Facsimile: (202) 514-5238
*e-mail:* Gerald.C.Miller@USDOJ.gov



3537529.1