DECLARATION OF RAI SHEPARDSON TO SUPPORT
THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT

I, Rai Shepardson, pursuant to 28 U.S.C. § 1746, state as follows:

I am an Advisor in the Collection Technical Services Group, Internal Revenue Service, 199 Main Street, Burlington, Vermont, and have knowledge of the outstanding tax liabilities William E. Boutwell, and am authorized to make this declaration.

2. The defendant, William E. Boutwell, is liable for unpaid Trust Fund Recovery Penalty (26 U.S.C. § 6672) liabilities as the person responsible for collecting, truthfully accounting for, and paying over the trust fund taxes of Cliff Boutwell's Aberjona Auto Parts, Inc., for the taxable quarters ending December 31, 1995, March 31, 1996, June 30, 1996, March 31, 1997, and June 30, 1997, in the amount of $58,726.02 as of August 26, 2008.

3. Additional interest will accrue after August 26, 2008, at the rate specified by 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c).

I declare under penalty of perjury that the foregoing is true and accurate. Executed on this 26th day of August, 2008, at Burlington, Vermont.

Rai Shepardson
Rai Shepardson
Technical Services
Badge 03-00479

3537487.1