UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cv-00459-S-DLM |
| | ) | Honorable William E. Smith |
| v. | ) | Referral Judge: Honorable David L. Martin |
| | ) | |
| WILLIAM E. BOUTWELL, | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

The default of the defendant William E. Boutwell, having been entered, and the plaintiff, the United States of America, having moved for the entry of default judgment as provided by Federal Rule of Civil Procedure 55(b)(1), and the United States, having demonstrated by satisfactory evidence, through the declaration of Rai Shepardson, that the defendant is liable for the tax liabilities asserted by the United States, it is

ORDERED, ADJUDGED, and DECREED that:

> Judgment is entered in favor of the plaintiff, United States of America, and against the defendant, William E. Boutwell in the amount of $58,726.02, with interest to accrue thereon pursuant to 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c) from and after August 26, 2008, until paid.

It is so ORDERED.

| | |
|---|---|
| ____________________________ | ____________________________ |
| DAVID A. DIMARCIO<br>CLERK OF THE U.S. DISTRICT COURT<br>DISTRICT OF RHODE ISLAND | DATE |