**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **United States of America** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:07-cv-00459-S-DLM |
| | ) | Honorable William E. Smith |
| | ) | Referral Judge: Honorable David L. Martin |
| **William E. Boutwell** | ) | |
| **Defendant** | ) | |

## NOTICE OF BANKRUPTCY

The Defendant, William E. Boutwell, by and through the undersigned counsel hereby advises the Court as follows:

1. On August 12, 2008, William E. Boutwell filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code, Case Number 08-12304 MWV.

2. The filing of a bankruptcy petition invokes an automatic stay pursuant to 11 U.S.C. Section 362. Pursuant to said section, all actions against the Defendant including this civil action are stayed.

3. The Defendant further advises the Court that any claims made against the Plaintiff will be determined in conjunction with the requisite PROOF OF CLAIM procedures provided for under the Federal Bankruptcy Code. Accordingly, the Defendant will not have any further involvement in this civil action.

Respectfully Submitted,
William E. Boutwell
By His Attorney,

Dated: 9/2/08

Barry C. Richmond
BBO #419360
210 Washington Street
Woburn, MA 01801
Telephone: (781) 935-2143
Facsimile: (781) 935-2144

**CERTIFICATE OF SERVICE**

I, Barry C. Richmond, attorney for the Defendant, hereby certify that I served a copy of the Notice of Bankruptcy by first class mail to the party listed below.

James E. Brown
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

Dated: 9/2/08

Barry C. Richmond